IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MILAUDI KARBOAU,

           Plaintiff,           3:13-cv-00609-PK

v.                                    OPINION AND ORDER

CITY OF PORTLAND et al.,

           Defendants.

PAPAK, Magistrate Judge:

      The matter before the court is plaintiff Milaudi Karboau's motion for leave to file an amended complaint (#41), which plaintiff filed on December 3, 2013. On December 5, 2013, defendants filed a resistance (#42), requesting that the court deny the motion on the basis of futility. I am unable to determine whether plaintiff's proposed amendment is futile because plaintiff did not comply with the local rules of civil procedure requiring him to reproduce the

Page 1 - OPINION AND ORDER

entire amended pleading and not incorporate any part of a prior pleading by reference and that plaintiff describe the proposed changes. In addition, a copy of the proposed amended pleading must be attached as an exhibit to any motion for leave to amend. *See* LR 15-1(c), (d)(1).

## CONCLUSION

Based on the foregoing, plaintiff's motion for leave to file an amended complaint (#41) is denied with leave to renew the motion in accordance with the above referenced local rules. If plaintiff wishes to renew the motion, he must do so within thirty (30) days of the date of this order.

Dated this 23rd day of December, 2013.

_____
Honorable Paul Papak
United States Magistrate Judge