IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MILAUDI KARBOAU,

                Plaintiff,              No.   03:13-cv-00609-PK

      v.

CITY OF PORTLAND, PORTLAND
POLICE BUREAU, and DETECTIVE        ORDER
JIM LAWRENCE,

                Defendants.

HERNANDEZ, District Judge:

      Magistrate Judge Papak issued a Findings and Recommendation (#50) on May 16, 2014,

in which he recommends that this Court grant Defendants' motion for summary judgment.  The

matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil

Procedure 72(b).

      Because no objections to the Magistrate Judge's Findings and Recommendation were

timely filed, I am relieved of my obligation to review the record *de novo*.  United States v.

Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt,

840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate

1 - ORDER

Judge's report to which objections have been made).  Having reviewed the legal principles *de novo*, I find no error.

CONCLUSION

The Court ADOPTS Magistrate Judge Papak's Findings & Recommendation [50]. Accordingly, Defendants' motion for summary judgment [33] is granted.

IT IS SO ORDERED.

DATED this _____ day of _____, 2014.

MARCO A. HERNANDEZ
United States District Judge

2 - ORDER